PHILLIP A. TALBERT
Acting United States Attorney
ZULKAR KHAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Oct 03, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>ERIC AMAVIZCA-AYALA,<br><br>                Defendant. | CASE NO. 2:24-cr-0275 JAM<br><br>[PROPOSED] ORDER TO SEAL<br><br>**(UNDER SEAL)** |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney ZULKAR KHAN to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendants or until further order of the Court.

Dated: October 3, 2024

_____
THE HONORABLE CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO SEAL INDICTMENT      1