MICHELE BECKWITH
Acting United States Attorney
ZULKAR KHAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-00275-JAM |
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |
| v. | |
| ERIC AMAVIZCA-AYALA, | DATE: January 21, 2025 TIME: 9:00 a.m. COURT: Hon. John A. Mendez |
| Defendant. | |

**STIPULATION**

1.      By previous order, this matter was set for status on January 21, 2025.

2.      By this stipulation, defendants now move to continue the **status conference** until **February 11, 2025**, **at 09:00 a.m.**, and to exclude time between January 21, 2025, and February 11, 2025, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes over 100 pages of documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      Counsel for defendants desire additional time to conduct investigation and research related to charges and to consult with his client.

        c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into

account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 21, 2025 to February 11, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  January 13, 2025                                MICHELE BECKWITH
                                                        Acting United States Attorney


                                                        /s/ ZULKAR KHAN
                                                        ZULKAR KHAN
                                                        Assistant United States Attorney


Dated:  January 13, 2025                                /s/ DOUGLAS BEEVERS
                                                        DOUGLAS BEEVERS
                                                        Counsel for Defendant
                                                        ERIC AMAVIZCA-AYALA




**ORDER**

IT IS SO ORDERED.


Dated: January 15, 2025                     /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            SENIOR UNITED STATES DISTRICT JUDGE